*v. City of Warner Robins,* 331 F.3d 1196, 1203 (11th Cir.2003).

Price presents two issues on this appeal. She contends that genuine issues of material fact made the grant of summary judgment improper (1) on her claim that her termination constituted gender discrimination, and (2) on her claim that her termination was in retaliation for her prior complaints of discrimination.

Having reviewed the briefs and the relevant portions of the record, we conclude that the defendant was entitled to summary judgment on these claims for the reasons stated in the district court's opinion. (R.1–56 at 19–37.) Accordingly, the district court's judgment is affirmed.

AFFIRMED.

Before TJOFLAT, HULL and HILL, Circuit Judges.

PER CURIAM:

Mark G. Rodriguez, appointed counsel for Clayton Upshaw in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Upshaw's conviction and sentence are **AFFIRMED.**

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Clayton UPSHAW, Defendant–
Appellant.**

**No. 06–12558
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 27, 2006.

Mark G. Rodriguez, Law Offices Of Mark G. Rodriguez, P.A., Tampa, FL, for Defendant–Appellant.

Karin B. Hoppmann, Tampa, FL, for Plaintiff–Appellee.

**Leonardo T. MORALES,
Plaintiff–Appellant,**

v.

**Michael CHERTOFF, James McDonough, S. Salem, Dong Craven, Loni Bowder, et al., Defendants–Appellees.**

**No. 06–12752
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 27, 2006.